628

February 5, 1929.

LIND, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Eugene A. Clifford* of Juneau.

For the respondents Industrial Commission and Sommercorns: *John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Dodge County: *John A. Thiel* of Mayville, district attorney.

For the respondent Ætna Life Insurance Company: *Quarles, Spence & Quarles,* attorneys, and *Arthur B. Doe,* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

BARTELS, Plaintiff and Respondent, vs. FETTERLY and another, Appellants: WEBER and another, Defendants and Respondents.

For the appellants: *Schoetz, Williams & Gandrey,* attorneys, and *Eugene L. McIntyre,* of counsel, all of Milwaukee.

For the respondent Lillian I. Bartels: *Miller, Kuchenberg & Krueger,* attorneys, and *J. A. Krueger,* of counsel, all of Marinette.

For the respondents Weber and another: *Eastman & Rose* of Marinette.

*By the Court.*—Judgment affirmed.